IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 23 2018
BY_____ARTHUR JOHNSTON_____DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:18-cr-00052 DPJ-LRA
**UNDER SEAL**

BRANDON DESHANTA MILLER

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes D. Michael Hurst, Jr., United States Attorney in and for the Southern District of Mississippi, and respectfully represents:

THAT, **BRANDON DESHANTA MILLER, DOB: 07/19/1986**, presently in the custody of the **Dallas County Jail, Dallas County, Texas, Phone: 214.962.5800** or any other Texas state or local detention center or jail pursuant to this cause his presence is required in the Southern District of Mississippi at Jackson, Mississippi, on **June 12, 2018, at 8:30 a.m.** for certain proceedings in regard to the above mentioned criminal action wherein he is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue directing the **Dallas County Jail, Dallas County, Texas, Phone: 214.962.5800** or any other Texas state or local detention center or jail to deliver the body of **BRANDON DESHANTA MILLER, DOB: 07/19/1986**, to any United States Marshal, or his deputy, and have him there in this cause beginning on **June 12, 2018, at 8:30 a.m.**, for certain proceedings and thereafter at such times and places as required, it being ordered specifically herein that this Petition shall remain in full force and effect for delivery of the **BRANDON DESHANTA MILLER, DOB: 07/19/1986**, to this Court at proceedings conducted in this cause until the case is disposed of, and thereafter any United States Marshal, or his deputy, shall return the defendant, **BRANDON DESHANTA MILLER, DOB: 07/19/1986**, to the **Dallas County Jail, Dallas County, Texas, Phone: 214.962.5800** or any other Texas state or local detention

center or jail aforesaid under safe and secure conduct.

And your petitioner further prays for such other and further orders as may be necessary in the premises.

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

By: _____
ERIN O. CHALK
Assistant United States Attorney