IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

VS.                                                               CRIMINAL NO.: 3:18-CR-52-DPJ-FKB

BRANDON MILLER                                                     DEFENDANT

**NOTICE OF JOINDER AND JOINDER IN ANGELA RAMIREZ'S
MOTION TO SUPPRESS EVIDENCE FOR DISCOVERY VIOLATION**

**COMES NOW,** Defendant Brandon Miller, by and through undersigned counsel and files this his notice of Joinder and Joinder in Angela Ramirez's Motion to Suppress Evidence for Discovery Violation [Ct. Doc. No. 142]. Brandon Miller seeks to join in Ms. Ramirez's Motion in its entirety as well as in the arguments Ms. Ramirez advances in her brief.

(1) Within the last fourteen (14) days, the Government has emailed undersigned counsel numerous documents and other recorded evidence that the Government intends to use at the upcoming trial of this matter.

(2) In addition, the Government was informed undersigned counsel of record that the Government plans to call a number of witnesses to testify against Brandon Miller. Chaddius McAfee, Samuel Ykem. Boler and Latrice Boler are among the witnesses identified by the government. Chaddius McAfee, Samuel Ykem. Boler and Latrice Boler are defendants in other criminal cases pending before Your Honor and other district court judges in this district.

(3) Undersigned counsel does not have access to the indictments in *U.S. v. Chaddis Demond McAfee,* 3:18-CR-00072-CWR-LRA, *U.S. v. Samuel Ykem* Boler, 3:18-CR-00089-HTW-LRA-1, and *U.S. v. Latrice Boler,* 3:18-CR-00089-HTW-LRA-3.

1

(4) This Court's August 7, 2018 Discovery Order [Ct. Doc. No. 86] required the Government to provide the defense no later than September 6, 2018, *Brady* materials and all materials. *Fed.R.Crim.P.*16 requires the Government to produce to the defendant. The Discovery Order requires the Government and the Defense to continuously disclose evidence that will be used at trial.

(5) Because undersigned counsel has no information about the witnesses and/or how those defendants are or are not connected to the conspiracy alleged in this case, there is no way undersigned counsel can effectively prepare to cross examine these witnesses.

(6) Brandon Miller will be prejudiced if the Government is permitted to call Chaddius McAfee, Samuel Yken Boler and Latrice Boler without being given an opportunity to review discovery in their cases to show that these defendants have no connection to the conspiracy alleged in this case and are testifying for the Government to lower their sentences in their respective cases.

**WHEREFORE PREMISES CONSIDERED,** Brandon Miller joins Angela Ramirez's Motion to Suppress Evidence for Discovery Violation and asks this Court to suppress the subject evidence.

**RESPECTFULLY SUBMITTED**, this the 11th day of June 2019.

>  *//s// Lisa M. Ross*
>  LISA M. ROSS (MSB #9755)
>  Post Office Box 11264
>  JACKSON, MS 39283-1264
>  (601) 981-7900 (telephone)
>  (601) 981-7917 (facsimile)

## CERTIFICATE OF SERVICE

I, Lisa M. Ross, attorney for Defendant Brandon Miller, do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 11th day of June 2019.

*//s// Lisa M. Ross*