To Honorable Chief Judge Jordan,

My name is Brandon Miller, Case No. 3:18-CR0052 DPJ, and I am writing to inform you that my 6th Amendment Constitutional Rights are being violated, not once, but twice.

I have been incarcerated at Madison County Detention Center for 34 months awaiting trial without due process. This is my second attempt to notify the court systems to address this matter to no avail. The law states the speedy trial clock starts when an indictment is filed or a non-guilty plea is entered. I entered the first non-guilty plea in June 2018, at which point the speedy trial clock should have began to run. In July 2019 my indictment was superseded and in the same month I pled not guilty again to the same charges in which I am awaiting trial for. In accordance with 18 U.S.C. §3162(a)(2), the district court should dismiss the indictment if not tried within 70 days. For example, 511 F.3d 487 (5th Circuit 2007) United States of America, Plaintiff-Appellee, v. Adrian Lopez-Valenzuela, Defendant-Appellant, No. 05-61130, the district courts' judgement was reversed and the case remanded due to a speedy trial violation.

Your Honor, as of May 1st I will have been married 17 years and fathered four children, all of whom are more than ready to see me come home. At this point I am deeply concerned and overwhelmed with anxiety over the possibility of losing my family. I would also like to bring to your attention the status of my medical condition, Multi Sclerosis, and the neglect of proper medical treatment has taken a toll on my health during my incarceration, which violates my 8th Amendment constitutional rights, cruel & unusual punishment.

In summary my main focus is to get to court as soon as possible so that this matter may be resolved. Please assist me with this, thank you for your time and consideration.

Sincerely, Brandon Miller

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 30 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

Also, I would also like to request a 42 U.S.C. Section 1983 form please, thank you.

Brorban Millen

Brandon Miller #075113
2935 Highway 51
Canton, MS 39046

JACKSON MS 390

29 APR 2021 PM 2 L

Daniel P. Jordan III
501 East Court St,
Suite 5.750
Jackson, MS 39201

39201-503225

LEGAL MAIL

WARNING INMATE MAIL
Madison County Detention Center
Canton, Mississippi
Not Responsible for Letter Content



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

© USPS 2019